UNITED STATES COURT OF APPEALS THIRD CIRCUIT

No. 05-5448

<u>In Re</u>: Frank J. Sontag, U.S. District Court For The Western District of Pennsylvania - C.A No. 97-349 affecting Commonwealth of PA v. Frank J. Sontag - No. 1339 of 1995

Petitioner

v.

U.S. District Court For The Western District of Pennsylvania

Respondent

<u>Reconsideration of Opinion filed May 31, 2006</u>

By:

Frank J. Sontag, Pro Se

PO Box 11181

Erie, PA 16514

814-323-2777



**This petitioner has been through every state and federal court in the State repeatedly and every court just keeps passing the buck to some other court. This is perjury, fraud, falsification of court documents, obstruction of justice, malfeasance, and has more God Dam government interference than the Iraq War and its appalling.**

**The opinion misleads readers with cut off statements like: "Frank Sontag pleaded no contest to state charges from the assault of his stepdaughter". It should read: Frank Sontag pleaded no contest to state charges from the assault of his stepdaughter because the god dam government said 35 years or take a plead - learning that day that no evidence was needed for conviction only the victim testimony was enough for conviction in PA; and on top of this, the hysteria and fear of the government under political outcry knowingly suppressed substantial evidence, which the petitioner knew but could not prove, and then when this petitioner could prove it and presented this falsified evidence to the courts, the government officials in Erie, PA reported that the evidence was suppressed legally in a motion at trail court which was a lie as proven by Mr. Hathaway, ESQ.'s lettered signature as to the paid research into the fraudulent matter.**

**It seems every court is afraid to rule or overturn cases where sex**

or government interference has been a factor.....just what's going on? I had to max because I showed no remorse but how do you show remorse when you have a vigilante party that has framed you, falsified the court records, and an attorney who believed the prosecution lies whereas the previous indecent assault reported during the same time period as alleged against this petitioner was hidden. How could the trial attorney appeal with impeachment evidence illegally hidden? There were over 30 pages of a detailed story of an indecent assault against the petitioner and yet she could not remember one detail about the documented indecent assault that occurred during the same time frame by way of the Millcreek Police Report as this petitioner knew and swore to from the beginning. Government officials said screw you Mr. Sontag there is no record of that indecent assault and the victim knows nothing about it. The hysteria in cases like these is ongoing and the courts know it, yet they have done nothing about it. It took this petitioner years to finally get the evidence because of all the hysteria and god dam government interference; and the courts have refused to even have an evidentiary hearing into the matter despite repeated filing about this government fraud. Just another frivolous pro se action again?

  This court is well aware that all the previous court actions

concerned government interference from the get go and that any more appeals or motions are not available to this petitioner and thus the writ of mandamus is the only vehicle for the petitioner's relief. Had any court of law given this petitioner a day in court, the evidence now submitted to this court would have been exposed years ago. I've talked to numerous attorneys about how to address any appeal or other legal action concerning this miscarriage of justice, they tell me I have no appeal rights or reconsiderations in any court of law, it's too bad that happens in cases like these. There is not one attorney in the U.S. that could appeal or motion to any other court of law this appalling miscarriage of justice….this writ is the proper vehicle and should be resolved by this court of law. Thus, this court knows this is the last straw there are no appeals or motions left for this petitioner and yet this court states in its opinion: "However, these arguments are more properly brought in an appeal or a motion for reconsideration. What's going on? This petitioner has satisfied the *Kerr v. United States Dist. Court for Northern Dist. of Cal.*, 426 U.S. 394, 403 (1976), **but interpretation always leaves the doors wide open.**

   Because I wanted custody of my son, Jon David, my ex and step daughter, and State of PA has destroyed this petitioner's son and the

petitioner's life. My son's future rests on this court of law; and this petitioner has already been to hell and back. The courts know that families are ruined daily because of this sexual hysteria yet do nothing about it. I have all the evidence to stop this insanity but can't find a court to take any reasonable action. Must we wait for a judge to be railroaded and blackmailed by woman and children? When the hysteria and fear of woman and children and the bastards who stand in line beside them for self serving interests affects our courts, we can never say a fair trail can exist in cases like this one. Judges wouldn't want anything to come back and bite them in a sex case?

If you think there is no hysteria, hypothetically try putting the petitioner's evidence in a new light, take anyway the sex factor and change the government's interference to a private citizen doing the same thing and put the evidence in a new crime case like murder for example. Oh how things would be different.

This court knows of the hysteria in this country by looking at this petitioner's misdemeanors which NOW get as much time or more as a felony manslaughter conviction in this country; how did that happen. This court knows that a sexual convict in prison is considered worst than a child murderer in prison and the Megan Law has been the

vehicle that has spread this murder sex hysteria. Hollywood has also been a factor always showing sex with violence, they can't show sex and love this would be X rated but show sex, murder and violence and everything is OK.

Does this court expect the petitioner to petition this new evidence to the trail court judge Mr. DiSantis the petitioner's classmate that still associates with the alleged victim's family, and who refused to recluse? Does this court expect this petitioner to present the new evidence to the state courts to rule on the government interference shown in the Federal Courts? Does this court expect the petitioner to petition this new evidence to the U.S. District Court where the fraud occurred? Which court could the petitioner appeal this new evidence: a court previously visited that would rule on why the petitioner never got an evidentiary hearing concerning the government interference? The fraud was committed in the U.S. District surely this court doesn't except the petitioner to file an appeal before this court?

## CONCLUSION

Most women and children in this country are good but there are some

evil women in this country (this petitioner knows two) and they believe: "Woman and Children RULE, so let no court or government ever rule against us, let us be able to kill our husbands for abuse because as you know women would never abuse their husbands". It's time for some court action or do we just sweep this under the rug and desecrate Father's Day with women's rights? Just how long can we keep American Fathers under seize? This petitioner wants no special favors just equal protection and fairness under the laws of this country. Is it: the ends of justice or the end of justice for American Fathers; there seems to be some confusion here?

This is the best I could do under the circumstances,

Respectfully submitted,

Frank J. Sontag, Pro Se

This 9th day of June, 2006