Frank J. Sontag, Pro Se
PO Box 11181
Erie PA 16514
814-323-2777

Clerk of Court
U.S. Dist Court of the Western District of PA
P.O. Box 1820
Erie, PA 16507

RECEIVED

U.S. POSTAGE
UNITED STATES
POSTAL SERVICE

0000

AMOUNT
$0.87

U.S. POSTAGE
ERIE, PA
16515
0101 0011 06
0000536-19
16507